19515. CENTRAL OF GEORGIA RAILWAY COMPANY *v.* EVANS.

STEPHENS, J. Applying the law as announced by the Supreme Court in answer to certified questions propounded in this case (172 *Ga.* 53, 157 S. E. 313), the verdict and judgment for the plaintiff were unauthorized by the evidence and were contrary to law. This ruling being controlling, it is unnecessary to pass upon the assignment of error on the order overruling the demurrer to the petition.

*Judgment reversed. Jenkins, P. J., and Bell, J., concur.*

DECIDED AUGUST 27, 1931.

*Harris, Harris & Popper, S. M. Mathews,* for plaintiff in error.
*John R. L. Smith, Joseph LeConte Smith,* contra.